UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUDY FAYE WEATHERS                                                          PLAINTIFF

V.                              No. 4:21-CV-132-KGB-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration[1]                                           DEFENDANT

# ORDER

Plaintiff, Judy Faye Weathers, seeks judicial review of the administrative denial of her claims for disability insurance benefits. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *Doc. 16*. The Motion states that Weathers does not oppose the requested reversal and remand. *Id. at 1*. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 16*, is GRANTED. The Commissioner's prior decision is REVERSED, and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration and is substituted as the Defendant in this action. Fed. R. Civ. P. 25(d).

SO ORDERED, this 13th day of October, 2021.

                                                                             _____  
                                                                    UNITED STATES MAGISTRATE JUDGE