UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUDY FAYE WEATHERS                                                      PLAINTIFF

V.                    No. 4:21-CV-132-KGB-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                  DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Judy Faye Weathers, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 13th day of October, 2021.

                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE